## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JIMMY R. FISHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-4043-SAC |
| | ) |
| THE GARAGE DOOR GROUP, INC., | ) |
| d/b/a AMARR GARAGE DOOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

On August 1, 2005, the court granted the parties' motion for production of all records in the KHRC matter entitled <u>Jimmy R. Fisher v. Amarr Company and Its Representatives</u>, Docket No. 27947-04. The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff, for *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, not discoverable.

Copies of this Order shall be mailed to all counsel of record, unrepresented parties and the KHRC.

IT IS SO ORDERED.

Dated this 15th day of August, 2005, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge